# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION, Plaintiff, | § § § § |
| v. | §  Case No. 1:11-CV-00670-PLM |
| ROBIN L. BARRICKLOW, Defendant. | § § § § |

## AGREED JUDGMENT

The parties to this case, Plaintiff, HICA Education Loan Corporation ("Plaintiff"), and Defendant, Robin L. Barricklow ("Defendant"), have represented to this court that Defendant consents to the entry of judgment in this case in favor of Plaintiff. In furtherance of the parties' representations, Plaintiff has moved this Court to enter judgment in favor of Plaintiff and against Defendant. The Court has considered the parties' representations, the Plaintiff's motion, the pleadings, and the record, and finds that good cause exists to enter judgment in this case in favor of Plaintiff. IT IS, THEREFORE,

**ORDERED, ADJUDGED, and DECREED** that Plaintiff, HICA Education Loan Corporation, shall be, and hereby is, awarded judgment from and against Defendant, Robin L. Barricklow, for  $13,632.27.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that this judgment shall bear interest from the date of this judgment until paid at the rate agreed upon by the parties to be a variable rate calculated by the Secretary of the Department of Health and Human Services for each calendar quarter and computed by determining the average of the bond equivalent rates for the ninety-one day U.S. Treasury Bills auctioned during the preceding quarter, plus 3.5 percent,

rounding this figure up to the nearest one-eighth of one percent, which, as of the date of this judgment is calculated to be 3.625% per annum.

SIGNED and ENTERED this 30th day of September, 2011.


/s/ Paul L. Maloney
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF MICHIGAN


*Approved and Agreed as to form and content:*


/s/ David A. Wolfe
David A. Wolfe
Bar # P60235
2155 Butterfield Dr., Suite 200-S
Troy, MI 48084
(t) 248.362.6142
(f) 248.786.3197
dwolfe@weltman.com
Attorney for Plaintiff


/s/ Robin Barricklow
Robin L. Barricklow, Defendant

rounding this figure up to the nearest one-eighth of one percent, which, as of the date of this judgment is calculated to be 3.625% per annum.

SIGNED and ENTERED this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF MICHIGAN

*Approved and Agreed as to form and content:*

_____
David A. Wolfe
Bar # P60235
2155 Butterfield Dr., Suite 200-S
Troy, MI 48084
(t) 248.362.6142
(f) 248.786.3197
dwolfe@weltman.com
Attorney for Plaintiff

_____
Robin L. Barricklow, Defendant